UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:
   Razz'ani Miles
    fka Surefia Khamit Padu

              Debtor(s)

Case No.: 1−21−10889−CLB
Chapter: 7

SSN: xxx−xx−8645

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Razz'ani Miles** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Regina A Walker is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: December 27, 2021

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 15
www.nywb.uscourts.gov